

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY- SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The reporter's record was due on February 12, 2018. *See* TEX. R. APP. P. 35.3(c). After this court advised court reporter Delcine M. Benavides that the reporter's record was late, she notified this court that Appellant is not entitled to a free reporter's record, Appellant has not paid the fee or made arrangements to pay the fee, and she has not received a designation of record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court